**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judy Carrillo,<br><br>   Plaintiff,<br><br>v.<br><br>United States District Court for the District of Arizona, et al.,<br><br>   Defendants. | No. CV-25-02547-PHX-KML<br><br>**ORDER** |

Plaintiff Judy Carrillo filed this suit naming as defendants the federal courthouses in Phoenix, Tucson, and El Paso. (Doc. 1.) Carrillo alleges she is suing "for organized corruption at the federal courts + state courts multijurisdictional and monetizing [her] stolen information." (Doc. 1 at 4.) Carrillo seeks "60 billion dollars in punitive damages only to not include all the money [she] had stolen out of the US Federal Court system since 2023 multijurisdictional." (Doc. 1 at 4.)

A patently insubstantial complaint may be dismissed . . . for want of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1)." *Neitzke v. Williams*, 490 U.S. 319, 327 n.6 (1989). Carrillo's complaint attempting to sue three federal courthouses—the buildings themselves—for corruption is patently insubstantial.

/

/

/

/

1  Accordingly,

2  **IT IS ORDERED** the complemented is **DISMISSED WITHOUT LEAVE TO**
3  **AMEND**. The Clerk of Court shall close this case.

4  **IT IS FURTHER ORDERED** the application (Doc. 2) is **DENIED AS MOOT**.

5  Dated this 25th day of July, 2025.

Honorable Krissa M. Lanham
United States District Judge